**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

JAMES CARL LISSADE,

          Plaintiff,               Case No. 26-1958

v.

EQUIFAX,

          Defendant.

---

**DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S *(Incorrectly named Equifax in Complaint)* NOTICE OF REMOVAL**

Equifax Information Services, LLC (*Incorrectly named Equifax in complaint*) ("Equifax") files this Notice of Removal pursuant to 28 U.S.C. § 1446(a) and in support thereof would respectfully show the Court as follows:

### A. PROCEDURAL BACKGROUND

1. On or about February 24, 2026, Plaintiff James Carl Lissade ("Plaintiff") filed the Complaint in the Supreme Court of the State of New York, County of Kings, Index No. 160/2026 ("State Court Action") alleging violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.*, against Equifax Inc.

2. Equifax was served with Plaintiff's Complaint on March 3, 2026. This Notice of Removal is being filed with the thirty (30) day time period required by 28 U.S.C. § 1446(b).

### B. GROUNDS FOR REMOVAL

3. The present suit is an action over which the United States District Court, Eastern District of New York has original jurisdiction pursuant to 28 U.S.C. § 1331, as it is a civil action founded on a claim or right arising under the laws of the United States, and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1446(b). Removal is proper

because Plaintiff's claims present a federal question. In the Complaint, Plaintiff seeks damages for Defendant's alleged violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*

### C.  COMPLIANCE WITH PROCEDURAL REQUIREMENTS

4.      Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the United States District Court, Eastern District of New York because it is in the district and division embracing the place where the state court action is pending.

5.      In accordance with 28 U.S.C. § 1446(a), a copy of all executed process, pleadings asserting causes of action, and orders in the State Court Action served upon Defendant Equifax are attached hereto as **Exhibit A**.

6.      Promptly after the filing of this Notice of Removal, Equifax shall give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal with the Kings County Supreme Court, New York as required by 28 U.S.C. § 1446(d).

WHEREFORE, Equifax request that the above-described action be removed to this Court.

Respectfully submitted this 2nd day of April, 2026.

                                        */s/ Forrest M. "Teo" Seger III*
                                        Forrest M. "Teo" Seger III

                                        CLARK HILL PLC
                                        1180 6TH Ave., 19th Floor, Suite 1910
                                        New York, NY 10036

                                        2301 Broadway St.
                                        San Antonio, Texas 78215
                                        Phone: (210) 250-6000
                                        Fax: (210) 250-6100
                                        Email: tseger@clarkhill.com

                                        **ATTORNEY FOR DEFENDANT**
                                        **EQUIFAX INFORMATION**
                                        **SERVICES LLC** *(Incorrectly named*
                                        *Equifax in complaint)*

2

## **<u>CERTIFICATE OF SERVICE</u>**

This is to certify that on April 2, 2026, a true and correct copy of the foregoing document has been filed with the Clerk of the Court which will send a notification to all counsel of record via U.S. Mail:

James Carl Lissade
1325 Union St. Apt. D3
Brooklyn NY 11225
(347)-636-0604
*Pro Se Plaintiff*

*<u>/s/ Forrest M. "Teo" Seger III</u>*
Forrest M. "Teo" Seger III
