# EXHIBIT A

219638169

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF KINGS

*JAMES CARL LISSADE*
              Plaintiff

      -against-

Index No. **160 / 2 026**

_____ 2026

**[PURCHASE DATE OF INDEX#]**

**<u>SUMMONS</u>**

*EQUIFAX*
             Defendant

To the person(s) Named as Defendant(s) Above:

**PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED** to answer the complaint of the plaintiff(s) herein and to serve a copy of your answer on the plaintiffs. At the address indicated below within 20 days after the service of the Summons (not counting the day of service itself), or within 30 days after service is complete if the Summons is not delivered personally to you within the State of New York.

**YOU ARE HEREBY NOTIFIED THAT** should you fail to answer a judgment will repeat winter against you from my default for the relief demanded in the complaint.

Dated: *February*, *24* 2026       *James carl Lissade* _____

**[DATE OF SUMMONS]**       **[YOUR NAME(S)]**

                        *1325 Union Street Apt D3* _____

                        *Brooklyn, NY  11225* _____

Defendant's Address: *EQUIFAX    1550 Peachtree st NW Atlanta, GA 30309.*

**[ADDRESS OF PERSON(S) SUED]**

<u>**Venue**</u>**:** Plaintiff(s) designate Kings County as the place of trial. The basis of this designation is [CHECK ONE].

- ☒ Plaintiff(s) Residence in Kings County,
- ○ Defendant(s)' Residents and Kings County
- ○ Other- - Describe: _____

**NOTE: THIS FORM OF SUMMONS MUST BE SERVED WITH A COMPLAINT**

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF KINGS

---

*JAMES CARL LISSADE*

                              Plaintiff

        -against-

                                                                    Index No. 160/2026

                                                                    **COMPLAINT**

*EQUIFAX*

                              Defendant

---

TO THE SUPREME COURT OF THE STATE OF NEW YORK

The complaint of the plaintiff James respectfully shows and alleges as follows.

1. The plaintiff herein JAMES CARL LISSADE is a resident of the State of New York.

   JAMES LISSADE  resides at 1325 union street Brooklyn, New York, 11225.

   The defendant herein EQUIFAX works in the State of New York. EQUIFAX principal place of business is 1550 Peachtree st NW Atlanta, GA 30309.

2. Plaintiff JAMES LISSADE looks to the court to subpoena the defendant to honor the payment due basted on the contractual agreement and invoice.

3. For over twenty years the defendant(s) voluntarily contracted with the plaintiff on December 18 2025 all the new terms as condition where agreed upon (the default date) the contract was solidified the defendant acquiesce to all said terms of our agreement an invoice had been submitted for a total value of ($299,000.00 for breach of consent. plus  interest an penalties of 200 times equals  $45,800,000.00 according to the terms and services agreement.

4. On November 14 2025 plaintiff delivered, Affidavit and Notice by certified mail number 9589 0710 5270 2446 7307 84  was properly received and dated the 18 day of November, 2025.

5. The defendant failed to pay the charges stated in the contract which were for, charge 4: Offense committed (slander) $500,000. , charge 4: Offense committed (non removal & change) $500,000.)., charge 13: Trading standards (29 thousand Dollars)., charge 17:    Failure to perform (100 thousand Dollars).

The validity of the charge stems from the right to contract, this contract has been publicly filled (NYC -2460205). The contractual agreement has been received by the defendant via mail and through tacit agreement of terms.

6. By reason of the facts and circumstances stated above defended has breached the contract and slandered the Name.

7. By reason of the facts and circumstances stated above plaintiff has been damaged by defendant and the sum of $299,000.00 Two hundred twenty-nine thousand dollars plus interest WHEREFORE, plaintiff deems judgment against defendant in the sum of $45,800,000.00 with the 200 times interest for frailer to pay in a timely manner stated in the terms and conditions. Together this is all the relief needed. It is My wish that the Court find this to be just and proper.

Dated:_____2⁴/_____ February 2026

_James Carl Lissade._

James Lissade plaintiff,

1325 Union Street Apt D3

Brooklyn New York 11225

347-636-0604.

**VERIFICATION**

James carl Lissade, being duly sworn, deposes and says:

I am the plaintiff in the above- entitled action. I have read the foregoing complaint and know the contents thereof. The same are true to my knowledge, except as to matter therein started to be alleged on information and belief as to those matters, I believe them to be true.

**SIGNATURE**

**PRINTED** Plaintiff

Someone to be for me this day _24_ . February 2026

Notary Public

CURTIS J. KNECHT
Notary Public, State of New York
No. 04KN0023571
Qualified in Kings County
Commission Expires April 15, 2028

# Tacit Agreement

JAMES C LISSADE ESTATE
1325 Union Street, suite D3
Brooklyn, New York 11225

Date: February 20 2026

TO:
Respondent:
Director, EQUIFAX
1550 Peachtree st NW
Atlanta, GA 30309

Certified mail # 9589 0710 5270 0368 8375 50

To: EQUIFAX

It has been over 21 days and we accept your tacit agreement to our contract wish has cured on 12-18- 2025; to the solidification of our claims, as you are at default to the notices, invoices and affidavit. Your final invoice is attached to this notice.

Our first notice was received 1-16-26, second on 1-29-26 and third notice received on 2-14-26. The Estate's secretary has confirmed that no changes have been made to the score as instructed, this counts as deformation of our name. You were given ample amount of time through prior notices.

Do to your frailer of your obligations, we have added interest and penalties of 200 times the amount. Should you choose not to tender payment within 7 days full legal action shall be filled to the full extent of the law.

Obo/ Creditor

Fiduciary, POA

FROM THE OFFICE OF HOUSE OF LISSADE

THE POA/EXECUTOR/TRUSTEE/FIDUCIARY

KING SEMAJ OF LISSADE ESTATE; OBO JAMES CARL LISSADE



7619400066541



**This warrant for payment of the claim was been issued on 1 /  8  / 2026**

Invoice # 253763

Date: 2- 26  - 26

Invoice for: EQUIFAX

Certified Mail # 9589 0710 5270 0368 8375 50

**Orders / Charges**

Charge 4.   Offense committed of (1-28-26 no changes to 800 score Slander) = (500 thousand Dollars).

Charge 4.   Offense committed of (1-28-26 none removal) = (500 thousand Dollars).

Charge 13.  Trading Standards (1-28-26 notice) = ($29 thousand Dollars).

Charge 17.  Failure to perform (1-28-26 failed instruction) = ($100 thousand Dollars).

Principal  $229,000.00
interest x 200 = late fee added
Sub-Total = $45,800,000.00

**Fees & Penalties will be added after 3rd Invoice if not paid in 7 Days.**

**#4ᵀᴴ FINAL INVOICE FOR EQUIFAX**



# Notice of Suit

JAMES C LISSADE ESTATE
1325 Union Street, suite D3
Brooklyn, New York 11225

Date: February 26 2026

TO:
Respondent:
Director, EQUIFAX
1550 Peachtree st NW
Atlanta, GA 30309

Certified mail # 9589 0710 5270 0368 8375 50

To: EQUIFAX

This notice is to inform you we shall be filling a suit agent you EQUIFAX for deformation of corrector, breach of contract for the lack of following instructions and default of payment of original statement of $229,000.00 with added fees and penalties totaling $45,800,000.00. (Forty-five million, eight hundred thousand dollars).

We wish to refrain from servicing you, we prefer to resolve this amicably, If you wish to arbitrate, Settle or by litigation court.

You shall have 20 days form the time you receive this notice before this motion is officially served to you. See attached filed complaint /motion.

Instruction: You may contact the fiduciary of the Estate:

King Semaj of Lissade Esate
1325 Union Suite D3
Brooklyn NY 11225
347-636-0604
Jpremierinc@gmail.com

*James C Lissade*

Obo/ Creditor

*King Semaj of Lissade Estate*

Fiduciary, POA



Mr. James Lissade
Apt D3
1325 Union St
Brooklyn, NY 11225

9589 0710 5270 0368 8375 50

UNITED STATES
OF AMERICA
FOREVER/USA

UNITED STATES
OF AMERICA
FOREVER/USA

EQUIFAX / Legal - Accounting Dept
1550 Peachtree St NW
Atlanta, GA 30309